

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2019

No. 04-18-00974-CV

**IN THE INTEREST OF L.G., J.G., AND J.G., CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1222-CV-D
Honorable Robin V. Dwyer, Judge Presiding

# O R D E R

In this accelerated appeal of the December 28, 2018 order terminating appellant Mom's parental rights, Appellant's brief was due to be filed with this court on February 21, 2019. *See* TEX. R. APP. P. 38.6(a). After the due date, Appellant filed a motion for a thirty-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant Mom's brief is due on March 25, 2019. Any further motion for extension of time to file the brief is discouraged. *See* TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court